UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>CORY SHELL, et al.,<br><br>  Defendants. | No.  2:20-cv-1014 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff filed objections to the findings and recommendations, and included a request for appointment of counsel.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2020, are adopted in full;

2. Plaintiff's complaint is dismissed without prejudice, and this action is terminated; and

3. Plaintiff's request for appointment of counsel (ECF No. 11) is denied.

DATED: September 8, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE